FILED

2021 AUG 18 AM 11: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

1  MICHAEL LANDRUM _____ (Full Name)

2  2026 Riverside Ave _____ (Address Line 1)

3  3705 W. Pico BL. #686 (Address Line 2)
   Los Angeles, Ca 90019

4  (951)315-6162 _____ (Phone Number)

5  Plaintiff in Pro Per

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             EDCV21-01395-JGB(KK)

11  MICHAEL LANDRUM _____,   )  **Case No.:** _____
                                   )         (To be supplied by the Clerk)
12          **Plaintiff,**          )
                                   )
13          **vs.**                 )  **Civil Rights Complaint Pursuant to**
                                   )  **42 U.S.C. § 1983 (non-prisoners)**
14  TERRACE VILLAGE RV PARK        )
                                   )
15  THOMAS MURDOCK                 )  **Jury Trial Demanded:** ☒ Yes   ☐ No
                                   )
16  An individual, And            )
                                   )
17  Does 1 to 50.                 )
                                   )
18          **Defendant(s).**       )

19

20              *(All paragraphs and pages must be numbered.)*

21                  **I. JURISDICTION**

22  1.    This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25                      **II. VENUE**

26  2.    Venue is proper pursuant to 28 U.S.C. § 1391 because  This Court

27   Is In My Jurisdiction Arises Pursuant To 42 U.S.C,

28  _____

1. Defendant __Thomas Murdock_____ works at
*Insert ¶ #*                    *(full name of Defendant)*

__Terrace Village RV Park_____.
                    *(Defendant's place of work)*

Defendant's title or position is __Claimed To Be The Owner Of Property__.
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____


2. Defendant _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____.
                    *(Defendant's place of work)*

Defendant's title or position is _____.
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

1

### III. PARTIES

2

3.    Plaintiff ___Michael Landrum_____ resides at:

3                                    *(your full name)*

4

5        ___2026 Riverside Ave Suite 154 Rialto, Ca 92377_____.
                                *(your address)*

6

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

7

8    4.    Defendant __Thomas Murdock_____ works at

9                            *(full name of Defendant)*

10      __Terrace Village Rv Park_____.
                            *(Defendant's place of work)*

11   Defendant's title or position is __Claimed To Be The Owner Of Property_.

12                              *(Defendant's title or position at place of work)*

13   This Defendant is sued in his/her (check one or both):

14          ☒ individual capacity              ☐ official capacity

15   This Defendant was acting under color of law because: _____

16   _____

17   _____

18

19   5.    Defendant _____ works at

20                            *(full name of Defendant)*

21      _____.
                            *(Defendant's place of work)*

22   Defendant's title or position is _____.

23                              *(Defendant's title or position at place of work)*

24   This Defendant is sued in his/her (check one or both):

25          ☐ individual capacity              ☐ official capacity

26   This Defendant was acting under color of law because: _____

27   _____

28   _____

Pro Se Clinic Form

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

6. I Michael Landrum Is A Victim Of A Real Estate Scam And
Fraud Under The Penal Code Of 487 PC, And Civil Code
2945.4 And Civil Code 890 And Penal Code 115 PC.
I Moved In To This RV Park Terrace Village On August 9,
2019. Under A Rental Agreement For The Amount Of $ 450.00
Dollars Every Two Weeks On August 29, 2019 I Made A
Comlaint To The Manager Faye George And Thomas Murdock

7. About My Neighbor Making Loud Noises Starting A
Motorcycle At 0500 Hours Every Morning My Comlaint Was
Answered So I Thought That This Was Kind Of Strange So
I Did Due Diligence And An Investigation With The Title
Company First American Title Company Only To Find Out
That Thomas Murdock Is Not The Real Owner Of The Property
In Question At 21900 Barton Rd Grand Terrace, Ca 92313

8. Terrace Village RV Park So I Filed A Small Claims Case
Against Terrace Village RV Park Thomas Murdock The Case
Was Dismissed With Out Prejudice Because I Need It To
Sue The Real Owner Of The Property Which Is Demetri
Hadjiconstantis And Janinek Hadjiconstantis Husband And
Wife As A Community Property Purchase Date 7-6-2001 See
Attachment Title Reprt Exhibit "A" I Filed A Complaint
With The FTC The Federal Trade Commissioner For Fraud
Against Thomas Murdock Case Number 135144625 See

— 3 —

Pro Se Clinic Form                    *Page Number*

9. CFTC V. Monex No,18-55815 (th Cir2019) CFTC V. Kraft

*Insert ¶ #*

Foods 153 F. Supp. 3d 996. Landlords Title Was

Defective Cal.Civ. Proc. Code (1) 61 etseq.

On December 10, 2019 The Defendant Thomas Murdock Filed

Alleging The Plaintiff Michael Landrum Owes Back Rent

The Court Entered A Final Judgment In Favor Of

The Defendant In The AMOUNT of $4,501 So I The Plaintiff

Filed An Appeal On 7/1/21 Apellants "Opening Brief" Has

10. Filed And The Plaintiff Is Asking The Court To Vacate

*Insert ¶ #*

The Award Of Damages Or Dismiss This Case With Prejudice

The Defendant Was Given 30 Days By The Court To File A

Respondent's Brief Due On 8/2/21 The Defendant Thomas

Murdock Failed To File The Respondent's Brief The Court

Has Issued A Default Against The Defendant Thomas Murdock

On 8/3/21 So Now Comes The Plaintiff Michael Landrum To

File This Case In Federal Court For Fraud And Damages

11. And Award Damages Of $25,000.00 To The Plaintiff Michael

*Insert ¶ #*

Landrum Bor Scamming The piaintiff Out Money For Rents

From 9/9/19 To 9/22/20 In The Amount Of $11,250.00 And

The Plaintiff Is Asking For Two Times Of Damages Of

$22,500.00 Plus Court Cost And Expenses.

Monthly Rent Was $ 900.00 This Court Can Award The

Plaintiff Treble Damages Because The Defendant Violated

Sections 368 And 368(d) And 368(e). California Penal Code

# V. CLAIMS

## Claim #1

12. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

13. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

CFTC V. Monex No. 18-55815 9th Cir 2019) & CFTC V. Kraft

Foods 153 F. Supp. 3d 996. & California Penal Code 368

368(d) 368(e). & Penal Code 487 PC.& Civil Code 2945.4 &

Civil Code 890 & Penal Code 115 PC. & Miller V. National B

14. The above civil right was violated by the following Defendants:
*Insert ¶ #*

Terrace Village Rv Park Thomas Murdock

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

15. I, Michael Landrum Is A Victim Of Real Estate Scam And
*Insert ¶ #*
Fraud There Is No Evidence That The Defendant Thomas

Murdock Has No Ownership Of The Property In Question

And The Defendant Thomas Murdock Refuse To File His

"Respondent's Brief" As Of 8/2/21 The Court Clerk Issue

Default Notice Against The Defendant Thomas Murdock

ON 8/3/21

16. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

I, MICHAEL LANDRUM Is A Victim Of A Real Estate

Senior Citizen Scam And Fraud

5

<u>**Claim #(   )**</u>
*(insert Claim#)*

17 . Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

18 . A Victim Of A Senior Citizen Real Estate Scam
*Insert ¶ #*

_____

_____

_____

_____

_____

19 . Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Terrace Village Rv Park Thomas Murdock

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

20 . I, Michael Landrum Is A Victim Of Senior Citizen Fraud
*Insert ¶ #*

_____

_____

_____

_____

_____

21 . As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

A Victim Of A Real Estate Scam

I, Michael Landrum Is A Senior Citizen Over The Age Of

60

_____

6

Pro Se Clinic Form                          *Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

22.    I, The PLAINTIFF Michael Landrum Pray For A Judgment
*Insert ¶ #*

          In This Case

23.
*Insert ¶ #*

24.
*Insert ¶ #*

25.
*Insert ¶ #*

Dated: 8/18/21

Sign:

Print Name:    Michael Landrum

Pro Se Clinic Form

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____

*Sign:* _____

*Print Name:* _____

8

# EXHIBIT 1



**Ventura County**

2901 North Ventura Road, Suite 175 · Oxnard, CA 93036

PHONE 805.256.3338

ADDRESS

21900 BARTON RD

GRAND TERRACE, CA 92313

APN

0275-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

RECORDING REQUESTED BY
First American Title Co.
AND WHEN RECORDED MAIL TO:
Demetri Hadjiconstantis
Janine K. Hadjiconstantis

Recorded in Official Records, County of
San Bernardino, Larry Walker, Recorder

**Doc No. 20010263665**
**08:00am 07/06/01**

FIRST AMERICAN TITLE B   # 601

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| PG | FEE | APF | GIMS | PN CPY | CRT CPY | ADD NM | PEN PR | | PCOR |
| 5 | 7 | 12 | | | | | | | |
| | | 10 | 5 | 55 | | | 6 01 | | |
| NON ST | LN | SVY | CIT CD | TRANS TAX | | DA | CHRG | | EXAM |

A.P.N.: 0275-231-29        Order No.: 427

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) THAT DOCUMENTARY TRANSFER TAX IS: COUNTY $55.00
[ X ]   computed on full value of property conveyed, or
[   ]   computed on full value less value of liens or encumbrances remaining at time of sale,
[   ]   unincorporated area;  [  ] City of Grand Terrace , and

FOR A VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged,
Renald Anelle and Catherine C. Anelle, husband and wife as joint tenants as to an undivided 1/3 interest and Robert E. Keeney and Candice L. Keeney, husband and wife as joint tenants as to an undivided 2/3 interest

hereby GRANT(S) to Demetri Hadjiconstantis and Janine K. Hadjiconstantis, husband and wife as community property

the following described property in the City of **Grand Terrace**, County of **San Bernardino** State of California;

See Exhibit "A" attached hereto and made a part hereof, and Exhibit "B".

Renald Anelle _____          Robert E. Keeney _____

Catherine C. Anelle _____      Candice L. Keeney _____

Document Date: May 23, 2001

STATE OF CALIFORNIA \                    )SS
COUNTY OF San Diego                     )
On June 22, 2001                     before me, Lynda R Hepner Notary Public
personally appeared Renald Anelle and Catherine C. Anelle
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature Lynda K Hepner

LYNDA R. HEPNER
Commission # 1205248
Notary Public - California
San Diego County
My Comm. Expires Dec 18, 2002

RECORDER'S MEMO:
POOR RECORD DUE TO QUALITY
OF ORIGINAL DOCUMENT

Mail Tax Statements to:    SAME AS ABOVE  or  Address Noted Below

## ALL-PURPOSE ACKNOWLEDGMENT

This Certificate is attached to 8 documents entitled Certificate of Compliance

State of California          )
County of_ San Bernardino ___ )

On _July 2, 2001_ before me, Lori E. Gressman, Notary Public, personally appeared _Robert E. Keeney and Candice L. Keeney_ (X) personally known to me -OR- () proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_(signature of Notary)_

LORI E. GRESSMAN
Comm. # 1227298
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires July 2, 2005

(Affix seal in the above blank space)

TITLE OR TYPE OF DOCUMENT: _ Grant Deed _

From: Michael Landrum timelenders@aol.com
Subject: Fw: Property Profile & Snapshot - 21900 Barton Rd
Date: November 17, 2020 at 8:37 PM
To: printprosca@gmail.com

----- Forwarded Message -----
From: First American Customer Service VN <tisc.vn.customerservice@firstam.com>
To: 'timelenders@aol.com' <timelenders@aol.com>
Cc: Tim Hatfield <thatfield@firstam.com>
Sent: Thursday, October 22, 2020, 12:10:21 PM PDT
Subject: Property Profile & Snapshot - 21900 Barton Rd

Hello,

Property Profile is attached.

| PROPERTY AND OWNER INFORMATION | |
|---|---|
| Address | 21900 Barton Rd |
| City / State / Zip | Grand Terrace, CA 92313-4403 |
| APN | 0275-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 |
| Current Vested Owner | Demetri Hadjiconstantis and Janine K. Hadjiconstantis, husband and wife as community property |
| Purchase Date | 7/6/2001 |
| Purchase Amount | $50,000.00 |
| Tax Status | 1st half is Open for $5,333.32

2nd half is Open for $5,333.30 |

| OPEN LOAN INFORMATION** | | | |
|---|---|---|---|
| Position | Amount | Recording Date | Default |
| First | $715,000.00 | 7/6/2001 | |

Lis Pendens – Please see

RECORDING REQUESTED BY:
First American Title Co.
AND WHEN RECORDED MAIL TO:
Renald Anelle
Catherine C. Anelle
Robert E. Keeney
Candice L. Keeney
12139 Mount Vernon Ave., Ste. 200
Grand Terrace, Ca. 92313-5597

Recorded in Official Records, County of
San Bernardino, Larry Walker, Recorder

**Doc No. 20010263666**
**08:00am 07/06/01**

FIRST AMERICAN TITLE B  # 601

| 1 PG | 2 FEE | 3 APF | 4 GIMS | 5 PH CPY | 6 CRT CPY | 7 ADD NM | 8 PEN PR | 9 PCOR | 0 |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 7 | 18 |  | 5 |  | 2 | 60 | 4 |  |
| NON ST | LN | SVY | CIT-CO | TRANS TAX | | DA | CHRG | EXAM | |

A.P.N.:                    Order No.: 427517-M '                    Escrow No.: 30116PM

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made this **Twenty-Third day of May, 2001,** between

TRUSTOR: Demetri Hadjiconstantis and Janine K. Hadjiconstantis, husband and wife as community property

whose address is 12139 Mt. Vernone Ave., Ste. 200, Grant Terrace, Ca. 92313-5597, and

TRUSTEE: First American Title Insurance Company, a California Corporation, and

BENEFICIARY: Renald Anelle and Catherine C. Anelle, husband and wife as joint tenants as to an undivided 1/3 interest
and Robert E. Keeney and Candice L. Keeney, husband and wife as joint tenants as to an undivided 2/3 interest

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in the City of **Grand Terrace, San Bernardino** County, State of California, described as:

See Exhibit "A" attached hereto and made a part hereof, and Exhibit "B".

This Deed of Trust is a Purchase Money Deed of Trust and is given to secure a portion of the purchase price of the property herein described.

TOGETHER WITH the rents, issues, and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph 10 of the provisions incorporated by reference to collect and apply such rents, issues and profits.
FOR THE PURPOSE OF SECURING: 1.Performance of each agreement of Trustor incorporated by reference or contained herein.   2.Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of **$715,000.00** executed by Trustor in favor of Beneficiary or order.   3.Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.
TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County on October 18, 1961, and in all other counties on October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below and opposite the name of such county, viz:

A.P.N.:

| County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Imperial | 1091 | 501 | Merced | 1547 | 538 | San Benito | 271 | 383 | Siskiyou | 468 | 181 |
| Alpine | 1 | 250 | Inyo | 147 | 598 | Modoc | 184 | 851 | San Bernardino | 5567 | 61 | Solano | 1105 | 182 |
| Amador | 104 | 348 | Kern | 3427 | 60 | Mono | 52 | 429 | San Francisco | A332 | 905 | Sonoma | 1851 | 689 |
| Butte | 1145 | 1 | Kings | 792 | 833 | Monterey | 2194 | 538 | San Joaquin | 2470 | 311 | Stanislaus | 1715 | 456 |
| Calaveras | 145 | 152 | Lake | 362 | 39 | Napa | 639 | 86 | San Luis Obispo | 1151 | 12 | Sutter | 572 | 297 |
| Colusa | 296 | 617 | Lassen | 171 | 471 | Nevada | 305 | 320 | San Mateo | 4078 | 420 | Tehama | 401 | 289 |
| Contra Costa | 3978 | 47 | Los Angeles | T2055 | 899 | Orange | 5889 | 611 | Santa Barbara | 1878 | 860 | Trinity | 93 | 366 |
| Del Norte | 78 | 414 | Madera | 810 | 170 | Placer | 895 | 301 | Santa Clara | 5336 | 01 | Tulare | 2294 | 275 |
| El Dorado | 568 | 456 | Marin | 1508 | 339 | Plumas | 151 | 5 | Santa Cruz | 1431 | 494 | Tuolumne | 135 | 47 |
| Fresno | 4626 | 572 | Mariposa | 77 | 292 | Riverside | 3005 | 523 | Shasta | 684 | 528 | Ventura | 2062 | 386 |
| Glenn | 422 | 184 | Mendocino | 579 | 530 | Sacramento | 4331 | 62 | Sierra | 29 | 335 | Yolo | 653 | 245 |
| Humboldt | 657 | 527 | | | | San Diego Series 2 Book 1961, Page 183887 | | | | | | Yuba | 334 | 486 |

(which provisions, identical in all counties, are printed on page 3 of this document) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

In accordance with Section 2924b, Civil Code, request is hereby made that a copy of any Notice of Default and a copy of any Notice of Sale be mailed to Trustor at Trustor's address hereinbefore set forth, or if none shown, to Trustor at the property address.

NOTICE: A COPY OF ANY NOTICE OF DEFAULT AND OF ANY NOTICE OF SALE WILL BE SENT ONLY TO THE ADDRESS CONTAINED IN THIS RECORDED REQUEST. IF YOUR ADDRESS CHANGES, A NEW REQUEST MUST BE RECORDED.

*Signature of Trustor(s)*

_____          _____
Demetri Hadjiconstantis                      Janine K. Hadjiconstantis

Document Date:  May 23, 2001

STATE OF CALIFORNIA                              )SS
COUNTY OF  San Bernardino           )
On  June 13, 2001                           before me,  Lori E. Gressman, Notary Public
personally appeared  Demetri Hadjiconstantis and Janine K. Hadjiconstantis
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

LORI E. GRESSMAN
Comm. # 1227298
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires July 2, 2003
This area for official notarial seal

RECORDING REQUESTED BY

CRAIG G. FARRINGTON, ESQ.
WOODRUFF, SPRADLIN & SMART
Attorneys for Plaintiff
San Bernardino County Trans. Commission

WHEN RECORDED MAIL TO

NAME Craig G. Farrington
Woodruff, Spradlin & Smart
MAILING   555 Anton Boulevard
ADDRESS   Suite 1200

CITY, STATE Costa Mesa, CA
ZIP CODE   92626

Fee exempt per Govt. Code 6103



Recorded in Official Records, County of San Bernardino

**BOB DUTTON**
ASSESSOR – RECORDER – CLERK

P Counter

4/05/2016
10:21 AM
CA
SAN

Doc#:   2016–0125455      Titles:  1      Pages:  8

| | |
|---|---|
| Fees | 0.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $0.00 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# T I T L E(S)

NOTICE OF PENDENCY OF EMINENT DOMAIN PROCEEDING [LIS PENDENS]

LS-201

Image Not Available

### Document Type

FBN STATEMENT

### Filing Information

Filing Number:
FBN20100011492

Filing Date:
10/25/2010

Filing Type:
New

Number Pages:
1

Publication Start Date:
11/18/2010

Expiration Date:
10/25/2015

### Business(es)

Business Name(s)

TERRACE VILLAGE PLAZA

### Principal Place of Business:

Number and Street: 21900 BARTON RD
City: GRAND TERRACE
State: CA
Zip: 92313

### Registrant(s)

| Last /Corp. or LLC Name | First Name | Middle Initial |
|---|---|---|
| HADJICONSTANTIS | DEMETRI | |

*[handwritten annotation:]* Demetri Hadjiconstantis incl 7 dba Terrace Village R.V. Park and dba Terrace Village Plaza

## Property Detail Report

**21900 Barton Rd, Grand Terrace, CA 92313-4403**
APN: 0275-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

San Bernardino County Data as of: 10/08/2020

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Hadjiconstantis Demetri / Hadjiconstantis Janine K | | |
| Vesting: | Community Property | | |
| Mailing Address: | 10161 Cherry Croft Dr, Yucaipa, CA 92399-9653 | Occupancy: | Absentee Owner |

### Location Information

| | |
|---|---|
| Legal Description: | Resub Of Grand Terrace Ptn Lot 1 Blk G Com At Intersection C/L Grand Ave And C/L Barton Rd Th N 11 Deg 54 Min 10 Seconds E 33.72 Ft Th E Alg N Li Barton Rd 252.07 Ft To True Pob Th N 14 Deg 44 Min 10 Seconds E 83.75 Ft Th N 20 Deg 51 Min 40 Seconds 48 Ft Th N 22 Deg 41 Min 10 Seconds E 109 Ft Th N 17 Deg 55 Min 40 Seconds E 31 Ft Th N 20 Deg 51 Min 40 Seconds E 21 Ft Th N 23 Deg 55 Min 10 Seconds E 76 Ft Th N 0 Deg 19 Min 40 Seconds E 33 Ft Th N 11 Deg 34Min 10 Seconds E 45 Ft Th S 78 Deg 25 Min 50 Seconds E 200.44 Ft Th S 12 Deg W To N Li Barton Rd Th W Alg Sd N Li To True Pob Ex State Hwy And Ex St |

| | | | | | |
|---|---|---|---|---|---|
| APN: | 0275-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 | Alternate APN: | 0275-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 | Census Tract / Block: | 007107 / 2019 |
| Munic / Twnshp: | San Bernardino | Twnshp-Rng-Sec: | | Legal Lot / Block: | 1 / G |
| Subdivision: | Resubdivision Of Grand Terrace | Tract #: | | Legal Book / Page: | 0275 / 231 |
| Neighborhood: | | School District: | Colton Joint Unified School District | | |
| Elementary School: | Grand Terrace Elem... | Middle School: | Terrace Hills Midd... | High School: | Grand Terrace High... |
| Latitude: | 34.03452 | Longitude: | -117.32619 | | |

### Last Transfer / Conveyance - Current Owner

| | | | | | |
|---|---|---|---|---|---|
| Transfer / Rec Date: | 06/29/2001 / 07/06/2001 | Price: | $50,000 | Transfer Doc #: | 2001.263665 |
| Buyer Name: | Hadjiconstantis, Demetri & Janine K | Seller Name: | Anelle Renald & Catherine C | Deed Type: | Deed |

### Last Market Sale

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | | Sale Price / Type: | | Deed Type: | |
| Multi / Split Sale: | | Price / Sq. Ft.: | | New Construction: | |
| 1st Mtg Amt / Type: | | 1st Mtg Rate / Type: | | 1st Mtg Doc #: | N/A |
| 2nd Mtg Amt / Type: | | 2nd Mtg Rate / Type: | | Sale Doc #: | N/A |
| Seller Name: | | | | | |
| Lender: | | | | Title Company: | |

### Prior Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | | Sale Price / Type: | | Prior Deed Type: | |
| 1st Mtg Amt / Type: | | 1st Mtg Rate / Type: | | Prior Sale Doc #: | N/A |
| Prior Lender: | | | | | |

### Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Gross Living Area: | 9,181 Sq. Ft. | Total Rooms: | 0 | Year Built / Eff: | 1989 / 1989 |
| Living Area: | 9,181 Sq. Ft. | Bedrooms: | | Stories: | 1 |
| Total Adj. Area: | | Baths (F / H): | | Parking Type: | |
| Above Grade: | | Pool: | | Garage #: | |
| Basement Area: | | Fireplace: | | Garage Area: | |
| Style: | | Cooling: | | Porch Type: | |
| Foundation: | | Heating: | | Patio Type: | |
| Quality: | Average | Exterior Wall: | | Roof Type: | |
| Condition: | | Construction Type: | Steel | Roof Material: | |

### Site Information

| | | | | | |
|---|---|---|---|---|---|
| Land Use: | Restaurant Building | Lot Area: | 34,942 Sq. Ft. | Zoning: | |
| State Use: | | Lot Width / Depth: | | # of Buildings: | 2 |
| County Use: | 0321 - Restaurant | Usable Lot: | | Res / Comm Units: | 1 / 1 |
| Site Influence: | | Acres: | 1.95 | Water / Sewer Type: | Public / Public |
| Flood Zone Code: | X | Flood Map #: | 0607108687J | Flood Map Date: | 09/02/2016 |
| Community Name: | City Of Grand Terrace | Flood Panel #: | 8687J | Inside SFHA: | False |

### Tax Information

 First American Title    © 2020 DATA TRACE INFORMATION SERVICES LLC AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.    PAGE 1 OF 2

Assessed Year:     2020
Tax Year:          2019
Tax Area:          016-001
Property Tax:      $10,379.37
Exemption:

Assessed Value:        $801,031
Land Value:            $290,422
Improvement Value:     $510,609
Improved %:            63.74%
Delinquent Year:       2016

Market Total Value:
Market Land Value:
Market Imprv Value:
Market Imprv %:

© 2020 DATA TRACE INFORMATION SERVICES LLC AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

# Sales Comparables

**21900 Barton Rd, Grand Terrace, CA 92313-4403**
APN: 0275-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

San Bernardino County Data as of: 10/08/2020

## Subject Property

**21900 Barton Rd, Grand Terrace, CA 92313-4403**

| | | | | | |
|---|---|---|---|---|---|
| Sale Price / Type: | | Lot Area: | 84,942 Sq. Ft. | Bedrooms: | 0 |
| Sale / Rec Date: | | Living Area: | 9,181 Sq. Ft. | Baths (F / H): | 0 / 0 |
| Year Built / Eff: | 1989 / 1989 | Pool: | | Total Rooms: | |
| Assessed Value: | $801,031 | | | | |
| Land Use: | Restaurant Building | | | | |
| Owner Name: | Hadjiconstantis Demetri / Hadjiconstantis Janine K | | | | |
| Mailing Address: | 10161 Cherry Croft Dr, Yucaipa, CA 92399-9653 | Zoning: | | Stories: | 1 |
| County: | San Bernardino | Acres: | 1.95 | Roof Material: | |
| APN: | 0275-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 | Cooling: | | Prior Sale Price: | |
| Subdivision: | Resubdivision Of Grand Terrace | Fireplace: | | Prior Sale Date: | |
| Census Tct / Blk: | 007107 / 2019 | Parking Type: | | Prior Rec Date: | |
| 1st Mtg / Type: | | Flood Zone Code: | X | Prior Sale Doc #: | |
| Res / Comm Units: | 1 / 1 | | | | |

## Search Criteria

| | | | |
|---|---|---|---|
| # Months Back: | 12 | Distance From Subject: | 9 mi |
| Living Area Difference: | 35.0 +/- | Land Use: | Same As Subject |

## 1 Comparable Properties Found

### COMPARABLE PROPERTY SUMMARY

| | Subject | Low | Average | High |
|---|---|---|---|---|
| Price | | $3,800,000 | $3,800,000 | $3,800,000 |
| Living Area | 9,181 | 9,685 | 9,685 | 9,685 |
| Price / Sq. Ft. | | $392 | $392 | $392 |
| Bedrooms | | 0 | 0 | 0 |
| Baths | | 0 | 0 | 0 |
| Lot Area | 84,942 Sq. Ft. | 21,344 Sq. Ft. | 21,344 Sq. Ft. | 21,344 Sq. Ft. |
| Stories | 1 | 1 | 1 | 1 |
| Year Built | 1989 | 1986 | 1986 | 1986 |
| Distance | | 3.60 mi | 3.60 mi | 3.60 mi |

# Sales Comparables

**21900 Barton Rd, Grand Terrace, CA 92313-4403**
APN: 0275-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

San Bernardino County Data as of: 10/08/2020



■ Subject Property    ▦ Comparables

### COMPARABLES

| # | MI | ST | Address | Sold | Sold For | Listed | Listed At | Sq. Ft. | $ / Sq. Ft. | Bds / Bths | Lot Size | Age |
|---|------|-----|---------|------|----------|--------|-----------|---------|-------------|------------|----------|-----|
| 1 | 3.60 | | 390 E Hospitality Ln, San Bernardino, CA 92408-3560 | 09/27/2019 | $3,800,000 | | | 9,685 | $392 | | 21,344 | 34 |

L: Listed    R: REO    RS: REO Sale    SS: Short Sale    D: Default    A: Auction

Comp #1 - 3.60 Miles From Subject

390 E Hospitality Ln, San Bernardino, CA 92408-3560

| | | | | | | |
|---|---|---|---|---|---|---|
| Sale Price / Type: | $3,800,000 / | | | | Bedrooms: | 0 |
| Sale / Rec Date: | 09/27/2019 / 10/01/2019 | Lot Area: | 21,344 Sq. Ft. | | Baths (F / H): | 0 / 0 |
| Year Built / Eff: | 1986 / 1986 | Living Area: | 9,685 Sq. Ft. | | Total Rooms: | |
| Assessed Value: | $3,800,000 | Pool: | | | | |
| Land Use: | Restaurant Building | | | | | |
| Owner Name: | Jade Inc | | | | | |
| Mailing Address: | 11126 Sepulveda Blvd, Mission Hills, CA 91345-1130 | | | | Stories: | 1 |
| County: | San Bernardino | Zoning: | | | Roof Material: | |
| APN: | 0281-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 | Acres: | 0.49 | | Prior Sale Price: | $2,025,000 |
| Subdivision: | | Cooling: | | | Prior Sale Date: | |
| Census Tct / Blk: | 007200 / 2038 | Fireplace: | | | Prior Rec Date: | 12/12/1990 |
| 1st Mtg / Type: | | Parking Type: | | | Prior Sale Doc #: | 1990.489276 |
| Res / Comm Units: | 1 / 1 | Flood Zone Code: | X | | | |

© 2020 DATA TRACE INFORMATION SERVICES LLC AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.



+ FIRST AMERICAN TITLE, 1LA, AD17

SAN BERNARDINO, CA

10/22/2020  11:59AM  FL9B

PAGE 1 OF 2

SAN BERNARDINO  2020-21 TAX ROLL

ORDER SEARCH RESULTS

ORDER: 0000000

TOF: 0

COMMENT:

PAYMENTS AS OF 10/02/2020

SEARCH PARAMETERS

ENTERED APN:    0275-231-68-0-000

✓ APN: **0275-231-68-0-000**    BILL: **20200200084**

DATE: 09/22/2020

TRA:    016001 - CITY OF GRAND TERRACE      ACQ DATE: 07/06/2001

DOC#: 2001-263665

LEGAL:    RESUB OF GRAND TERRACE PTN LOT 1 BLK G COM AT INTERSECTION C/L GRAND AVE AND C BARTON RD TH N 11 DEG 54 MIN 10 SECONDS E 33.72 FT TH E ALG N LI BARTON RD

SITUS:  21900 BARTON RD GRAND TERRACE CA 92313-4403

MAIL:    10161 CHERRY CROFT DR YUCAIPA CA 92399

FOR 2020-21 TAX YEAR

| ASSESSED OWNER(S) | | 2020-21 ASSESSED VALUES |
|---|---|---|
| HADJICONSTANTIS DEMETRI | LAND | 290,422 |
| HADJICONSTANTIS JANINE K | IMPROVEMENTS | 510,609 |
| | TAXABLE | **801,031** |

| 2020-21 TAXES | 1ST INST | 2ND INST | TOTAL TAX |
|---|---|---|---|
| STATUS | OPEN | OPEN | |
| DELINQUENT DATE | 12/10/2020 | 04/12/2021 | |
| INSTALLMENT | 5,333.32 | 5,333.30 | 10,666.62 |
| PENALTY | 533.32 | 543.32 | 1,076.64 |
| BALANCE DUE | 5,333.32 | 5,333.30 | **10,666.62** |

WARNINGS AND/OR COMMENTS

** SEE PRIOR YEAR DELQ TAXES; NO BONDS **

| ASSESSMENT DETAIL | | | |
|---|---|---|---|
| FUND | TYPE | AMOUNT | DESCRIPTION OF ASSESSMENT(S) |
| UF01-SP15 | MISC ASMNT | 157.26 | SBCOFIRE FP-5 VALLEY RGNL |
| AE01-SP16 | PEST ABATE | 10.26 | VECTOR CONTROL |
| | | 167.52 | TOTAL OF SPECIAL ASSESSMENTS |

| ADDITIONAL PROPERTY INFORMATION | | | |
|---|---|---|---|
| TAX CODE: | 1 | COUNTY USE CODE:    0321 | VESTING:    CM |
| TAX RATE: | 1.310700% | | |
| STANDARD LAND USE: | | RESTAURANT BUILDING | |

PRIOR YEARS DELINQUENT

UPDATED AS OF 10/02/2020

APN: 0275-231-68-0-000

DEFAULT YEAR: 2017

| DELQ YEAR: | DELQ APN | BILL TYPE | BILL DATE | INST # | TAX AMOUNT |
|---|---|---|---|---|---|
| 2016 | 0275-231-68-0-000 | REGULAR | | BOTH | 9,948.10 |
| 2017 | 0275-231-68-0-000 | REGULAR | | BOTH | 9,702.25 |
| 2018 | 0275-231-68-0-000 | REGULAR | | BOTH | 10,056.22 |
| 2019 | 0275-231-68-0-000 | REGULAR | | BOTH | 10,379.37 |
| AMOUNT TO REDEEM FOR: | | | OCT 2020 | NOV 2020 | DEC 2020 |
| | | | 57,229.57 | 57,830.85 | 58,432.14 |

| + FIRST AMERICAN TITLE, 1LA, AD17 | | SAN BERNARDINO, CA |
|---|---|---|
| 10/22/2020  11:59AM  FL9B | | PAGE 2 OF 2 |
| SAN BERNARDINO  2020-21 TAX ROLL | ORDER SEARCH RESULTS | |
| ORDER: 0000000 | TOF: 0 | COMMENT: |

### STATUS

\* \* HIGH LIABILITY SALE - EXAMINATION OF COUNTY RECORDS REQUIRED \* \*

**CURRENT OPEN ORDERS**

| TOF | COMPANY | ORDER | DATE |
|---|---|---|---|
| 0 | FA | 0000000 | 09/19/2019 |
| 0+ | FA | 0000000 | 08/17/2020 |

### CONDITIONS, DISCLAIMERS AND EXCLUSIONS:

This Tax Certificate/Tax Order Report does not constitute a report on or certification of: (1) mineral (productive and/or non-productive) taxes or leases; (2) personal property taxes: or (3) other non ad valorem taxes (such as paving liens, stand-by charges or maintenance assessments).

Data Trace Information Services LLC ("Data Trace") may have warranted the accuracy of this Tax Certificate/Tax Order Report to its customer (the "Data Trace Customer") pursuant to the terms and conditions of a written tax service agreement between Data Trace and said Data Trace Customer (the "Tax Service Agreement"). Any such warranty (hereinafter, "Data Trace Customer Warranty") does not: (a) extend to a third party bearer of this Tax Certificate/Tax Order Report; (b) cover any changes made to the records of the taxing authority after the "payments as of," "paid," or "payment" dates delineated above; and (c) cover any invalid tax information shown on the records of the taxing authority or resulting from an error by the Data Trace Customer (including, without limitation, submission of incorrect property information by said Data Trace Customer). DATA TRACE MAKES NO WARRANTIES (EXPRESS OR IMPLIED) WITH RESPECT TO THIS TAX CERTIFICATE/TAX ORDER REPORT OTHER THAN (WHERE APPLICABLE) THE DATA TRACE CUSTOMER WARRANTY. Any and all claims under a Data Trace Customer Warranty must be submitted to Data Trace by the corresponding Data Trace Customer and are subject to the terms and conditions set forth in the pertinent Tax Service Agreement (including, without limitation, the filing deadlines applicable to such claims). In some jurisdictions Data Trace's validation of a Tax Certificate/Tax Order Report is required to activate a Data Trace Customer Warranty.

### END OF SEARCH

# EXHIBIT "A"

THAT PORTION OF LOT 1, BLOCK "G", ACCORDING TO MAP OF RE-SUBDIVISION OF GRAND TERRACE TRACT, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 1 OF RECORDS OF SURVEY, PAGE(S) 33, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID LOT 1; THENCE NORTH 12 DEG. EAST, 1035.5 FEET, MORE OR LESS, TO A POINT WHICH IS DISTANT SOUTH 12 DEG. WEST, 594.5 FEET FROM THE NORTHWEST CORNER OF SAID LOT 2; THENCE SOUTH 75 DEG. EAST, 475 FEET; THENCE SOUTH 12 DEG. WEST, 909.0 FEET; THENCE WEST 483.8 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY A DEED RECORDED JANUARY 22, 1957, IN BOOK 4136, PAGE 286, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM THAT PORTION CONVEYED TO EDWARD V. BEHRENS AND WIFE, BY A DEED RECORDED SEPTEMBER 21, 1960, IN BOOK 5240, PAGE 266, OFFICIAL RECORDS.

ALSO EXCEPT THE FOLLOWING DESCRIBED PARCEL:

COMMENCING AT THE INTERSECTION OF THE CENTER LINE OF BARTON ROAD AND GRANT AVENUE, AS SHOWN ON SAID RECORD OF SURVEY; THENCE NORTH 11 DEG. 54' 10" EAST ALONG THE CENTER LINE OF SAID GRAND AVENUE, A DISTANCE OF 33.72 FEET TO A LINE PARALLEL WITH AND 33.00 FEET NORTHERLY OF THE CENTER LINE OF SAID BARTON ROAD; THENCE EAST ALONG SAID PARALLEL LINE, A DISTANCE OF 252.07 FEET; THENCE NORTH 14 DEG. 44' 10" EAST, A DISTANCE OF 83.75 FEET; THENCE NORTH 20 DEG. 51' 40" EAST, A DISTANCE OF 48.00 FEET; THENCE NORTH 22 DEG. 41' 10" EAST, A DISTANCE OF 109.00 FEET; THENCE NORTH 17 DEG. 55' 40" EAST, A DISTANCE OF 31.00 FEET; THENCE NORTH 10 DEG. 45' 40" EAST, A DISTANCE OF 21.00 FEET; THENCE NORTH 23 DEG. 55' 10" EAST, A DISTANCE OF 76.00 FEET; THENCE NORTH 00 DEG. 19' 40" EAST, A DISTANCE OF 33.00 FEET; THENCE NORTH 11 DEG. 34' 10" EAST, A DISTANCE OF 45.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 11 DEG. 34' 10" EAST, A DISTANCE OF 480.37 FEET TO A POINT PERPENDICULARLY DISTANT 30.00 FEET SOUTHERLY FROM THE SOUTHERLY LINE OF PARCEL 4 OF PARCEL MAP NO. 4522, RECORDED IN BOOK 43 OF PARCEL MAPS, PAGES 59 AND 60, RECORDS OF SAID SAN BERNARDINO COUNTY; THENCE NORTH 75 DEG. 05' 30" WEST, PARALLEL TO SAID SOUTHERLY LINE, A DISTANCE OF 251.49 FEET TO THE EASTERLY LINE OF GRAND TERRACE ROAD, AS SHOWN ON SAID PARCEL MAP NO. 4522; THENCE NORTHERLY 11 DEG. 54' 10" EAST ALONG SAID EASTERLY LINE, A DISTANCE OF 30.04 FEET TO THE SOUTHERLY LINE OF SAID PARCEL 4; THENCE SOUTH 75 DEG. 05' 30" EAST ALONG SAID SOUTHERLY LINE, A DISTANCE OF 301.59 FEET TO AN ANGLE POINT IN SAID LINE; THENCE SOUTH 11 DEG. 54' 10" WEST, A DISTANCE OF 7.54 FEET TO THE NORTHERLY LINE OF THE LAND CONVEYED TO RAY AND FAITH KEENEY, ET AL, BY A DEED RECORDED NOVEMBER 3, 1978, IN BOOK 9553, PAGE 578, OFFICIAL RECORDS OF SAID COUNTY; THENCE SOUTH 74 DEG. 48' 36" EAST ALONG THE SOUTHERLY LINE OF SAID PARCEL 4 AND SAID NORTHERLY LINE OF THE LAND CONVEYED TO KEENEY, ET AL, A DISTANCE OF 153.44 FEET TO THE NORTHEAST CORNER OF SAID LAND CONVEYED TO KEENEY, ET AL; THENCE SOUTH 11 DEG. 54' 10" WEST ALONG THE EASTERLY LINE OF SAID LAND CONVEYED TO KEENEY, ET AL, A DISTANCE OF 490.28 FEET TO AN INTERSECTION WITH A LINE THAT BEARS SOUTH 78 DEG. 25' 50" EAST FROM THE TRUE POINT OF BEGINNING; THENCE NORTH 78 DEG. 25' 50" WEST, A DISTANCE OF 200.44 FEET TO THE TRUE POINT OF BEGINNING.

THE ABOVE LEGAL DESCRIPTION IS MADE PURSUANT TO AND IN COMPLIANCE WITH THAT
CERTAIN CERTIFICATE OF COMPLIANCE RECORDED JUNE 14, 2001, INSTRUMENT NO.
20010231648, OFFICIAL RECORDS.

EXCEPTING AND RESERVING FROM A PORTION OF THE ABOVE DESCRIBED, ALL URANIUM,
THORIUM, AND OTHER FISSIONABLE MATERIALS, ALL OIL, GAS, PETROLEUM, ASPHALTUM,
AND OTHER HYDROCARBON SUBSTANCES AND OTHER MINERALS AND MINERAL ORES OF
EVERY KIND AND CHARACTER, WHETHER SIMILAR TO THESE HEREIN SPECIFIED OR NOT,
WITHIN OR UNDERLYING, OR WHICH MAY BE PRODUCED FROM THE HEREINBEFORE
DESCRIBED LAND, TOGETHER WITH THE RIGHT TO USE THAT PORTION ONLY OF SAID LAND
WHICH UNDERLIES A PLANE PARALLEL TO AND 500 FEET BELOW THE PRESENT SURFACE
OF SAID LAND, FOR THE PURPOSE OF PROSPECTING FOR, DEVELOPING AND OR EXTRACTING
SAID URANIUM, THORIUM, AND OTHER FISSIONABLE MATERIALS, OIL, GAS PETROLEUM,
ASPHALTUM, AND OTHER MINERAL OR HYDROCARBON SUBSTANCES FROM SAID LAND, IT
BEING EXPRESSLY UNDERSTOOD AND AGREED THAT SAID GRANTOR, ITS SUCCESSORS AND
ASSIGNS SHALL HAVE NO RIGHTS TO ENTER UPON THE SURFACE OF SAID LAND, OR TO USE
SAID LAND OR ANY PORTION THEREOF TO SAID DEPTH OF 500 FEET, FOR ANY PURPOSE
WHATSOEVER, EXCEPT AS HEREINAFTER SPECIFICALLY RESERVED, AS RESERVED BY THE
DEED FROM SOUTHERN CALIFORNIA EDISON COMPANY, TO JOE E. HUBBS, SR. AND NORMA
H. HUBBS, RECORDED JUNE 5, 1973, IN BOOK 8197, PAGE 1083, OF OFFICIAL RECORDS.

RESERVING THEREFROM TO THE GRANTORS, THEIR SUCCESSORS AND ASSIGNS, FOR THE
BENEFIT OF THE LAND DESCRIBED ON EXHIBIT "B" ATTACHED HERETO, EASEMENTS FOR
ALL EXISTING UTILITIES, AND INGRESS AND EGRESS OVER, AROUND AND THROUGH A 24-
FOOT STRIP OF LAND LYING 12 FEET ON EACH SIDE OF THE FOLLOWING DESCRIBED LINE:

COMMENCING AT THE INTERSECTION OF THE CENTER LINE OF BARTON ROAD AND GRAND
AVENUE, ACCORDING TO THE MAP OF THE RE-SUBDIVISION OF GRAND TERRACE TRACT, AS
PER PLAT RECORDED IN BOOK 1 OF RECORDS OF SURVEY, PAGE 33, RECORDS OF SAN
BERNARDINO COUNTY, CALIFORNIA; THENCE NORTH 11 DEG. 54' EAST ALONG THE
CENTER LINE OF SAID GRAND AVENUE, A DISTANCE OF 33.72 FEET TO A LINE PARALLEL
WITH AND 33.00 FEET NORTHERLY OF THE CENTER LINE OF SAID BARTON ROAD; THENCE
EAST ALONG SAID PARALLEL LINE, A DISTANCE OF 252.07 FEET; THENCE CONTINUING EAST
ALONG SAID PARALLEL LINE, A DISTANCE OF 18.61 FEET TO THE TRUE POINT OF BEGINNING
OF THE CENTER LINE TO BE DESCRIBED; THENCE NORTH 14 DEG. 44' 10" EAST, A DISTANCE
OF 78.10 FEET; THENCE NORTH 20 DEG. 51' 40" EAST, A DISTANCE OF 67.96 FEET; THENCE
NORTH 47 DEG. 16' 05" EAST, A DISTANCE OF 37.54 FEET; THENCE NORTH 22 DEG. 57' 25"
EAST, A DISTANCE OF 72.54 FEET; THENCE NORTH 11 DEG. 24' 08" EAST, A DISTANCE OF
32.82 FEET; THENCE NORTH 24 DEG. 51' 17" EAST, A DISTANCE OF 88.23 FEET; THENCE
NORTH 11 DEG. 34' 10" EAST, A DISTANCE OF 60.41 FEET TO A POINT IN A LINE PARALLEL
TO AND 12.00 FEET SOUTHERLY OF THE NORTHERLY LINE OF SAID PARCEL 1; THENCE
SOUTH 78 DEG. 25' 50" EAST ALONG SAID PARALLEL LINE, A DISTANCE OF 122.64 FEET;
THENCE NORTH 11 DEG. 34' 10" EAST, A DISTANCE OF 12.00 FEET TO A POINT OF TERMINUS
IN THE NORTHERLY LINE OF SAID PARCEL 1.

THE SIDE LINES OF SAID 24-FOOT EASEMENT SHALL BE LENGTHENED OR SHORTENED TO
BEGIN AT THE NORTH LINE OF SAID BARTON ROAD AND TERMINATE IN THE NORTHERLY
LINE OF SAID PARCEL 1 OF THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED JUNE
14, 2001, INSTRUMENT NO. 20010231648, OFFICIAL RECORDS.

EXHIBIT "B"

THAT PORTION OF LOTS 1 AND 2, BLOCK "G", ACCORDING TO THE MAP OF THE RE-SUBDIVISION OF GRANT TERRACE TRACT, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 1 OF RECORDS OF SURVEY, PAGE(S) 33, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE CENTER LINE OF BARTON ROAD AND GRAND AVENUE, AS SHOWN ON SAID RECORD OF SURVEY; THENCE NORTH 11 DEG. 54' 10" EAST ALONG THE CENTER LINE OF SAID GRAND AVENUE, A DISTANCE OF 33.72 FEET TO A LINE PARALLEL WITH AND 33.00 FEET NORTHERLY OF THE CENTER LINE OF SAID BARTON ROAD; THENCE EAST ALONG SAID PARALLEL LINE, A DISTANCE OF 252.07 FEET; THENCE NORTH 14 DEG. 44' 10" EAST, A DISTANCE OF 83.75 FEET; THENCE NORTH 20 DEG. 51' 40" EAST, A DISTANCE OF 48.00 FEET; THENCE NORTH 22 DEG. 41' 10" EAST, A DISTANCE OF 109.00 FEET; THENCE NORTH 17 DEG. 55' 40" EAST, A DISTANCE OF 31.00 FEET; THENCE NORTH 10 DEG. 45' 40" EAST, A DISTANCE OF 21.00 FEET; THENCE NORTH 23 DEG. 55' 10" EAST, A DISTANCE OF 76.00 FEET; THENCE NORTH 00 DEG. 19' 40" EAST, A DISTANCE OF 33.00 FEET; THENCE NORTH 11 DEG. 34' 10" EAST, A DISTANCE OF 45.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 11 DEG. 35' 10" EAST, A DISTANCE OF 480.37 FEET TO A POINT PERPENDICULARLY DISTANT 30.00 FEET SOUTHERLY FROM THE SOUTHERLY LINE OF PARCEL 4 OF PARCEL MAP NO. 4522, RECORDED IN BOOK 43 OF PARCEL MAPS, PAGES 59 AND 60, RECORDS OF SAN BERNARDINO COUNTY; THENCE NORTH 75 DEG. 05' 30" WEST, PARALLEL TO SAID SOUTHERLY LINE, A DISTANCE OF 251.49 FEET TO THE EASTERLY LINE OF GRAND TERRACE ROAD, AS SHOWN ON SAID PARCEL MAP NO. 4522; THENCE NORTHERLY 11 DEG. 54' 10" EAST ALONG SAID EASTERLY LINE, A DISTANCE OF 30.04 FEET TO THE SOUTHERLY LINE OF SAID PARCEL 4; THENCE SOUTH 75 DEG. 05' 30" EAST ALONG SAID SOUTHERLY LINE, A DISTANCE OF 301.59 FEET TO AN ANGLE POINT IN SAID LINE; THENCE SOUTH 11 DEG. 54' 10" WEST, A DISTANCE OF 7.54 FEET TO THE NORTHERLY LINE OF THE LAND CONVEYED TO RAY AND FAITH KEENEY, ET AL, BY A DEED RECORDED NOVEMBER 3, 1978, IN BOOK 9553, PAGE 578, OFFICIAL RECORDS OF SAID COUNTY; THENCE SOUTH 74 DEG. 48' 36" EAST ALONG THE SOUTHERLY LINE OF SAID PARCEL 4 AND SAID NORTHERLY LINE OF THE LAND CONVEYED TO KEENEY, ET AL, A DISTANCE OF 153.44 FEET TO THE NORTHEAST CORNER OF SAID LAND CONVEYED TO KEENEY, ET AL; THENCE SOUTH 11 DEG. 54' 10" WEST ALONG THE EASTERLY LINE OF SAID LAND CONVEYED TO KEENEY, ET AL, A DISTANCE OF 490.28 FEET TO AN INTERSECTION WITH A LINE THAT BEARS SOUTH 78 DEG. 25' 50" EAST FROM THE TRUE POINT OF BEGINNING; THENCE NORTH 78 DEG. 25' 50" WEST, A DISTANCE OF 200.44 FEET TO THE TRUE POINT OF BEGINNING.

THE ABOVE LEGAL DESCRIPTION IS MADE PURSUANT TO AND IN COMPLIANCE WITH THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED JUNE 14, 2001, INSTRUMENT NO. 20010231648, OFFICIAL RECORDS.

A.P.N.

DO NOT RECORD

The following is a copy of provisions (1) to (14), inclusive, of the fictitious deed of trust, recorded in each county in California, as stated in the foregoing Deed of Trust and incorporated by reference in said Deed of Trust as being a part thereof as if set forth at length therein.

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:

(1)  To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefore; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

(2)  To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(3)  To appear in and defend any action or proceeding purporting to affect the security hereof or affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

(4)  To pay: at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all incumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any incumbrance, charge or lien which in the judgement of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5)  To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the rate called for in the note secured hereby, or at the amount allowed by law at date of expenditure, whichever is greater, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(6)  That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in this same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(7)  That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(8)  That at any time or from time to time, without liability therefore and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(9)  That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees. Trustee shall reconvey, without warranty, the property then held hereunder.    The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof.  The grantee is such reconveyance may be described as "the person or persons legally entitled thereto." Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them.)

(10)  That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable, Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act pursuant to such notice.

(11)  That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder. Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale.  Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement.  Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied.  The recitals in such deed of matters or facts shall be conclusive proof of the truthfulness thereof.  Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

(12)  Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties, must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this deed is recorded and the name and address of the new Trustee.

(13)  That this Deed applies to, insures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby, whether or not named as Beneficiary herein.   In this Deed, whenever the context so required, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(14)  That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law.  Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or Proceeding in which Trustor, Beneficiary or Trustee shall be party unless brought by Trustee.

PAGE 3 OF 4

RECORDER'S MEMO:
POR RECORD DUE TO QUALITY
OF ORIGINAL DOCUMENT

A.P.N.:

------------------------------- DO NOT RECORD - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### REQUEST FOR FULL RECONVEYANCE

*To be used only when note has been paid.*

To: First American Title Insurance Company, Trustee

Dated: _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same

Mail Reconveyance to:

_____

_____

_____     By _____

_____     By _____

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.

Both must be delivered to the Trustee for cancellation before reconveyance will be made.

**Short Form**
## DEED OF TRUST
WITH POWER OF SALE
(INDIVIDUAL)

**First American Title Insurance Company**
AS TRUSTEE
323 West Court Street
San Bernardino, CA 92401

PAGE 4 OF 4

## EXHIBIT "A"

THAT PORTION OF LOT 1, BLOCK "G", ACCORDING TO MAP OF RE-SUBDIVISION OF GRAND TERRACE TRACT, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 1 OF RECORDS OF SURVEY, PAGE(S) 33, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID LOT 1; THENCE NORTH 12 DEG. EAST, 1035.5 FEET, MORE OR LESS, TO A POINT WHICH IS DISTANT SOUTH 12 DEG. WEST, 594.5 FEET FROM THE NORTHWEST CORNER OF SAID LOT 2; THENCE SOUTH 75 DEG. EAST, 475 FEET; THENCE SOUTH 12 DEG. WEST, 909.0 FEET; THENCE WEST 483.8 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY A DEED RECORDED JANUARY 22, 1957, IN BOOK 4136, PAGE 286, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM THAT PORTION CONVEYED TO EDWARD V. BEHRENS AND WIFE, BY A DEED RECORDED SEPTEMBER 21, 1960, IN BOOK 5240, PAGE 266, OFFICIAL RECORDS.

ALSO EXCEPT THE FOLLOWING DESCRIBED PARCEL:

COMMENCING AT THE INTERSECTION OF THE CENTER LINE OF BARTON ROAD AND GRANT AVENUE, AS SHOWN ON SAID RECORD OF SURVEY; THENCE NORTH 11 DEG. 54' 10" EAST ALONG THE CENTER LINE OF SAID GRAND AVENUE, A DISTANCE OF 33.72 FEET TO A LINE PARALLEL WITH AND 33.00 FEET NORTHERLY OF THE CENTER LINE OF SAID BARTON ROAD; THENCE EAST ALONG SAID PARALLEL LINE, A DISTANCE OF 252.07 FEET; THENCE NORTH 14 DEG. 44' 10" EAST, A DISTANCE OF 83.75 FEET; THENCE NORTH 20 DEG. 51' 40" EAST, A DISTANCE OF 48.00 FEET; THENCE NORTH 22 DEG. 41' 10" EAST, A DISTANCE OF 109.00 FEET; THENCE NORTH 17 DEG. 55' 40" EAST, A DISTANCE OF 31.00 FEET; THENCE NORTH 10 DEG. 45' 40" EAST, A DISTANCE OF 21.00 FEET; THENCE NORTH 23 DEG. 55' 10" EAST, A DISTANCE OF 76.00 FEET; THENCE NORTH 00 DEG. 19' 40" EAST, A DISTANCE OF 33.00 FEET; THENCE NORTH 11 DEG. 34' 10" EAST, A DISTANCE OF 45.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 11 DEG. 34' 10" EAST, A DISTANCE OF 480.37 FEET TO A POINT PERPENDICULARLY DISTANT 30.00 FEET SOUTHERLY FROM THE SOUTHERLY LINE OF PARCEL 4 OF PARCEL MAP NO. 4522, RECORDED IN BOOK 43 OF PARCEL MAPS, PAGES 59 AND 60, RECORDS OF SAID SAN BERNARDINO COUNTY; THENCE NORTH 75 DEG. 05' 30" WEST, PARALLEL TO SAID SOUTHERLY LINE, A DISTANCE OF 251.49 FEET TO THE EASTERLY LINE OF GRAND TERRACE ROAD, AS SHOWN ON SAID PARCEL MAP NO. 4522; THENCE NORTHERLY 11 DEG. 54' 10" EAST ALONG SAID EASTERLY LINE, A DISTANCE OF 30.04 FEET TO THE SOUTHERLY LINE OF SAID PARCEL 4; THENCE SOUTH 75 DEG. 05' 30" EAST ALONG SAID SOUTHERLY LINE, A DISTANCE OF 301.59 FEET TO AN ANGLE POINT IN SAID LINE; THENCE SOUTH 11 DEG. 54' 10" WEST, A DISTANCE OF 7.54 FEET TO THE NORTHERLY LINE OF THE LAND CONVEYED TO RAY AND FAITH KEENEY, ET AL, BY A DEED RECORDED NOVEMBER 3, 1978, IN BOOK 9553, PAGE 578, OFFICIAL RECORDS OF SAID COUNTY; THENCE SOUTH 74 DEG. 48' 36" EAST ALONG THE SOUTHERLY LINE OF SAID PARCEL 4 AND SAID NORTHERLY LINE OF THE LAND CONVEYED TO KEENEY, ET AL, A DISTANCE OF 153.44 FEET TO THE NORTHEAST CORNER OF SAID LAND CONVEYED TO KEENEY, ET AL; THENCE SOUTH 11 DEG. 54' 10" WEST ALONG THE EASTERLY LINE OF SAID LAND CONVEYED TO KEENEY, ET AL, A DISTANCE OF 490.28 FEET TO AN INTERSECTION WITH A LINE THAT BEARS SOUTH 78 DEG. 25' 50" EAST FROM THE TRUE POINT OF BEGINNING; THENCE NORTH 78 DEG. 25' 50" WEST, A DISTANCE OF 200.44 FEET TO THE TRUE POINT OF BEGINNING.

1  possession of, the hereinafter-described property or interests in real property, for which said

2  proceeding is now pending.

3      The object of said proceeding is to acquire under the laws of eminent domain certain

4  interests in real property for the undertaking the I-215 and Barton Road Interchange Project

5  (the "Project"). The Project is intended to improve public safety and alleviate traffic

6  congestion.

7      The real property affected by this proceeding is a fee interest as legally described in

8  Exhibit 1 and depicted in Exhibit 2 and located at 21900 Barton Road in the City of Grand

9  Terrace, California.

10     The name of the owners of the real property described above is:

11     Demetri Hadjoconstantis and Janine Hadjiconstantis

12 DATED: March 31 , 2016        WOODRUFF, SPRADLIN & SMART, APC

13

14                  By:_____*Alyson C. Suh*_____

15                    CRAIG G. FARRINGTON

16                    ALYSON C. SUH

17                    Attorneys for SAN BERNARDINO COUNTY TRANSPORTATION COMMISSION, a public agency

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF PENDENCY OF EMINENT DOMAIN PROCEEDING [LIS PENDENS]

1148968.1

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

"All that certain real property situated in the County of San Bernardino, State of California, described as follows:

That portion of Lot 1, Block "G", according to map of re-subdivision of Grand Terrace Tract, in the City of Grand Terrace, County of San Bernardino, State of California, as per Map recorded in Book 1, Page 33 of Records of Survey, in the office of the County Recorder of said County, described as follows:

Beginning at the Southwest corner of said Lot 1; Thence North 12° East 1035.5 feet more or less to a point which is distant South 12° West, 594.5 feet from the northwest corner of said Lot 2; Thence South 75° East, 475 feet; Thence South 12° West, 909.0 feet; Thence West, 483.8 feet to the point of beginning.

Except therefrom that portion conveyed to the State of California by deed recorded January 22, 1957 In Book 4136, Page 286 of Official Records.

Also except therefrom that portion conveyed to Edward V. Behrens and wife, by deed recorded September 21, 1960 In Book 5240, Page 266 of Official Records.

Also except the following described Parcel:

Commencing at the intersection of the centerline of Barton Road and Grand Avenue as shown on said Record of Survey; Thence North 11° 54' 10" East along the centerline of said Grand Avenue, a distance of 33.72 feet to a line parallel with and 33.00 feet Northerly of the centerline of said Barton Road; Thence East along said parallel line a distance of 252.07 feet; Thence North 14° 44' 10" East a distance of 83.75 feet; Thence North 20° 51' 40" East a distance of 48.00 feet; Thence North 22° 41' 10" East a distance of 109.00 feet; Thence North 17° 55' 40" East a distance of 31.00 feet; Thence North 10° 45' 40" East, a distance of 21.00 feet; Thence North 23° 55' 10" East a distance of 76.00 feet; Thence North 0° 19' 40" East a distance of 33.00 feet; Thence North 11° 34' 10" East a distance of 45.00 feet to the true point of beginning. Thence continuing North 11° 34' 10" East a distance of 480.37 feet to a point perpendicularly distant 30.00 feet Southerly from the Southerly line of Parcel 4 of Parcel Map No. 4522, recorded in Parcel Map Book 43, pages 59 and 60, Records of San Bernardino County; Thence North 75° 05' 30" West parallel to said Southerly line a distance of 251.49 feet to the Easterly line of Grand Terrace Road as shown on said Parcel Map 4522; Thence

Par. No. 23323 (23323-1)-cont.

Northerly 11° 54' 10" East along said Easterly line a distance of 30.04 feet to the Southerly line of said Parcel 4; Thence South 75° 05' 30" East along said Southerly line a distance of 301.59 feet to an angle point in said line; Thence South 11° 54' 10" West a distance of 7.54 feet to the Northerly line of the land conveyed to Ray and Faith Kenney, et al. by deed recorded November 3, 1978 In Book 9553, page 578 of Official Records of said County; Thence South 74° 48' 36" East along the Southerly line of said Parcel 4 and said Northerly line of the land conveyed to Keeney et al, a distance of 153.44 feet to the Northeast corner of said land conveyed to Keeney et al; Thence South 11° 54' 10" West along the Easterly line of said land conveyed to Keeney et al, a distance of 490.28 feet, to an intersection with a line that bears South 78° 25' 50" East from the true point of beginning; Thence North 78° 25' 50" West a distance of 200.44 feet to the true point of beginning."

The above legal description is made pursuant to and in compliance with that certain Certificate of Compliance recorded June 14, 2001 as Instrument No. 20010231648 of Official Records.

This real property description has been prepared by me, or under my direction, in conformance with the Professional Land Surveyors Act.

Signature _____
Professional Land Surveyor

Date _____October 20, 2015_____

PROFESSIONAL LAND SURVEYOR
KYLE G. ESGATE
EXP. 12-31-15
No. 7517
STATE OF CALIFORNIA

EXHIBIT 2



RIGHT OF WAY INDEX MAP
STATE ROUTE 215 AT BARTON ROAD
CITY OF GRAND TERRACE
CITY OF COLTON
COUNTY OF SAN BERNARDINO

PARCEL No. 23323-1

DEMETRI & JANINE K. HADJICONSTANTIS
21900 BARTON ROAD
GRAND TERRACE, CA 92313

APN: 0275-231-68

SECTION 32
T. 1 S. R. 4 W. S.B.M.

END CONSTRUCTION
STATION 97+05
PM = 1.7

BEGIN CONSTRUCTION
STATION 50+00
PM = 0.6

SECTION 5
T. 2 S. R. 4 W. S.B.M.

1/4 SEC. LINE

VICINITY MAP
RIGHT OF WAY
RESOLUTION OF NECESSITY
PARCEL No. 23323-1

| DISTRICT | COUNTY | ROUTE | SHEET PM | SHEET NO | TOTAL SHEETS |
|----------|--------|-------|----------|----------|--------------|
| 08 | SBd | 215 | 1.30 | 1 | 2 |

REF. INFO.: DISTRICT 08 R/W MAP NO. RW000216-3

# BI-WEEKLY RENTAL AGREEMENT
### TERRACE VILLAGE RV PARK
### 21900 BARTON ROAD, #170
### GRAND TERRACE, CA 92313
### (909) 783-4580

THIS RENTAL AGREEMENT AND RULES WERE MADE TO PROTECT THE GENERAL HEALTH, SAFETY, AND WELFARE OF ALL OUR RESIDENCES. WE APPRECIATE YOUR COOPERATION. IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CALL THE ABOVE NUMBER AND TALK WITH THE PARK MANAGERS.

**REGISTRATION:**
Anyone living in your R.V. must be registered with the office, including children. Pets must also be listed on the registration. Company is required to register and pay park rate after they have been in the park 48 hrs.

**ENTRANCE GATE:**
At registration the gate code will be given you. Do not give this gate code to others. Please obey the stop sign at the entrance to the park.

**BI-WEEKLY RENT:**
The business license with the City of Grand Terrace limits Terrace Village RV Park to renting spaces for only 14 days (Bi-Weekly). All Bi-Weekly rents must be paid every two weeks on or before the due date. The due date for each tenant will be determined based on his or her check-in date. Bi-Weekly tenants will receive a one-day grace period to pay their rent after the rent is due. If the rent is not paid during the one-day grace period, the tenant will be charged ten dollars ($10.00) per day late fee retroactive back to the due date. Any tenant that gets two days behind in rent will be asked to leave the park. PLEASE PAY YOUR RENT ON TIME.

**ELECTRIC BILLS:**
Your electric meter will be read once a month on the day the electric company reads the master meter. Your electric bill is due on the first day of each month and you will have until the fifth day of the month to pay your electric bill. A late charge of twenty dollars ($20.00) will be added to your electric bill on the sixth day.

**PROPERTY OWNER:**
The owner and management shall not be responsible for accidents or injury to guests or vehicles from any cause or from loss of money, jewelry or valuables of any kind.

**VEHICLES:**
Vehicles are to be parked in the area directed by management. Non-operating or licensed vehicles will not be allowed in the park. If you have more than two vehicles, you must store or park one of them somewhere other than on park property. PLEASE do not perform major work on cars, trucks, motorcycles or any other vehicle in this park. Only minor repairs that can be done in one hour or less are allowed. **PLEASE GET PRIOR APPROVAL FROM THE MANAGERS DURING OFFICE HOURS BEFORE PERFORMING ANY REPAIR WORK.** You may wash your RV in the park, but not your car, truck or van. Campers, utility trailers, boats, jet skis, ATVS are not to be kept on the premises.

**PARKING:**
PLEASE DO NOT park or drive through empty spaces. Vehicles parked in empty spaces **WILL** be towed at the owner's expense.

**SPEED LIMIT:**
A speed limit of five miles per hour is to be maintained in the park at all times. **EXCUSES** for exceeding the speed limit will not be accepted and exceeding the speed limit is grounds for eviction.

**OCCUPANCY:**
No more than four people and one pet shall occupy each rented space. Visitors are welcome to stay at no charge for 48 hours. If they stay longer, two dollars ($2.00) per person per day will be charged. Friends and relatives must park outside the gate and enter through the side gate.

**PETS:**
Tenants are allowed one dog and/or one cat per rented space. At the discretion of the manager, additional animals may be allowed. **(Dogs 40 pounds and under will be accepted into the park. They must also be spayed or neutered.) DOGS MUST BE ON A LEASH AT ALL TIMES.** Please no pets in the office, recreation room, restrooms or laundry room. **PLEASE CLEAN UP AFTER YOUR DOGS DAILY. Please be considerate of your neighbors and keep your dog quiet. BE A RESPONSIBLE PET OWNER.** If you do not properly take care of your pet, for the health and safety of the animal, the local animal shelter will be contacted.

## MAINTAINING YOUR SPACE:

Please maintain your space to be clean and sanitary. To maintain a neat appearance in the park, please do not leave junk around your rented space. Please do not add on rooms, storage units, fences, dog runs or tents. Only lawn furniture or approved picnic tables will be allowed to be stored outside in the space

## RESTROOMS:

The restrooms and showers are provided for your convenience at no extra charge. Please keep the toilets flushed, sinks rinsed out, and papers and other trash deposited in the wastebaskets. **FOR THE HEALTH AND SAFETY OF OTHERS, PLEASE DO NOT SMOKE IN OUR RESTROOMS.** *Please make sure an adult accompanies your children when they use the restrooms.* Please report any clogged toilets to the management.

## LAUNDRY ROOM:

If you find a washer or dryer not working properly, please let us know so we can have it repaired. Please clean lint filters after each use. Keep soap spills wiped up and trash off the floor. Do not put household garbage in trashcans. Please close the Laundry room door when not in use. The laundry room is open from 9:00am – 9:00pm.

## DUMPSTERS:

There are four dumpsters available for your household trash. Please use the dumpster nearest your space. Crush all large cardboard boxes before putting them in the dumpster. For the safety of the children in the park, please keep the lids on the dumpsters closed.  Please use the dumpsters wisely. We advise you do not send your small child to put trash in our dumpsters.

## DRUGS:

**DRUGS WILL NOT BE TOLERATED IN THIS RV PARK.** If you use drugs or if you are connected with possession or selling, **DO NOT** even think of living in this park. You will be reported to the **DEA** or local police if we even suspect you have any drug connections.

## RETURNED CHECKS:

There will be a twenty-five dollar ($25.00) on returned checks and a ten-dollar ($10.00) late fee per day.

## DAMAGE:

Any damage caused by the tenant or guest to any RV space or park facility (water lines, electrical connections, sewer lines, phone, cable TV, fences, bathroom, pool, office, recreation room and/or landscaping), will be subject to repair costs and will be immediately evicted. Anyone caught damaging any park property will be charged for the cost of repairs and will be immediately evicted.

## POOL:

The pool closes at 9:00 PM. No horseplay or running will be allowed in the pool area. Do not use or have glass containers in the pool area. Guest must register in the office and tenants must be with their guests in the pool area at all times. Obey all rules posted in the pool area. **No Alcohol in pool area.**

## INTERNET:

The park provides a wireless internet in the park as a courtesy to its tenants at no additional charge. This system is not as reliable as a wired system and the park makes every effort to keep the system in good working condition. However, at times the system goes down and needs repair; these repairs could take weeks to perform. The internet is not intended to be used for work, because of its low reliability and slow speed. When the internet is not operational refunds will not be provided to the tenants.

## EMERGENCY PLAN:

The Emergency Plan for the park is posted in the recreation room. Tenants are encourage to read the plan to become familiar with what is expected of the tenants and the emergency routes to be used in a event of an emergency.

**FOR THE SAFETY AND CONSIDERATION OF OTHERS, PLEASE NO SKATEBOARDS, SKATES, OR MOTORCYCLE RIDING IN OUR PARK.**

_____          1-10-19
Tenant                                         date

_____          _____
Tenant                                         date